IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION


S.R.T.,

          Petitioner,

     v.

JULIO HERNANDEZ; DAVID
VENTURELLA; U.S. IMMIGRATION
AND CUSTOMS ENFORMENT;
MARKWAYNE MULLIN; U.S.
DEPARTMENT OF HOMELAND
SECURITY; TODD BLANCHE,

          Respondents.

Civ. No. 1:26-cv-01154-AA

**ORDER**

AIKEN, District Judge.

This habeas case was commenced by the filing of a Petition for Writ of Habeas Corpus on June 8, 2026. ECF No. 1.

On July 21, 2026, the parties filed a Joint Settlement Agreement. ECF No. 8. As part of the settlement, Petitioner agreed to voluntarily dismiss the Petition, subject to the Court retaining jurisdiction to enforce the terms of the Joint Settlement Agreement.

Consistent with the terms of the Joint Settlement Agreement, the Petition is DISMISSED. This Court shall retain jurisdiction to enforce the terms of the Joint

Settlement Agreement.  All parties shall bear their own costs and fees.  Final judgment shall be entered accordingly.

It is so ORDERED and DATED this ____22nd____ day of July 2026.


　/s/Ann Aiken
ANN AIKEN
United States District Judge

Page 2 – ORDER